In re Gisclair, Clyde A. “Rock”; —Plaintiff; Applying For Writ of Certiorari *824 and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. O, No. 570-485; to the Court of Appeal, First Circuit, No. 2010 CA 0272.
Application for writ of certiorari dismissed for lack of jurisdiction. See Metro Riverboat Assoc. v. La. Gaming Control Bd., 01-0185 (La.10/6/01), 797 So.2d 656; Loop, Inc. v. Collector of Revenue, 523 So.2d 201 (La.1987). See also LSA-Const. Art. VII, Section 18(E); LSA-R.S. 47:1989 & 1998; former LSA-R.S.47:2110(repealed by Acts 2008, No. 819, Section 2, eff. Jan. 1, 2009); LSA-R.S. 47:1853.
VICTORY and WEIMER, JJ., would grant.